UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HCA, INC., formerly d/b/a PARKWAY MEDICAL CENTER AND DOCTORS HOSPITAL OF LITTLE ROCK,<br><br>        Plaintiff,<br><br>TOMMY G. THOMPSON, Secretary of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:01CV01820 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION TO DISMISS CASE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Defendant Tommy G. Thompson, Secretary of Health and Human Services ("Secretary" or "Defendant") and Plaintiff, HCA, Inc. ("Plaintiff") hereby jointly stipulate to dismiss the above-captioned case with prejudice because this matter is resolved by the settlement agreement entered into between the United States and HCA, Inc. on June 25, 2003. CAB.

Respectfully submitted,

DATED: 8/25/03

ROSCOE C. HOWARD, JR.
United States Attorney
D.C. Bar No. 246470

CHARLOTTE A. BRADLEY
(D.C. Bar No. 388582)

Joint Stipulation to
Dismiss Case                 1
DC\616281.1

                        Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room 10-106
Washington, D.C. 20530
Tel: (202) 307-2332

_Jonathan C. Brumer (cab)_
JONATHAN C. BRUMER
Attorney
(D.C. Bar No. 463328)
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
Tel: (202) 205-8703

OF COUNSEL:

ALEX M. AZAR II
General Counsel

SHEREE R. KANNER
Associate General Counsel

HENRY R. GOLDBERG
Deputy Associate General Counsel

United States Department of
Health and Human Services

                        Attorneys for Defendant,
Tommy G. Thompson,
Secretary of Health and Human Services

BYRON J. GROSS
JON P. NEUSTADTER
HOOPER, LUNDY & BOOKMAN, INC.

Joint Stipulation to
Dismiss Case                      2
DC\616281.1

1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel: 310-551-8151
Fax: 310-551-8181

and

LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: 202-637-2295
Fax: 202-637-2201

DATED: 8/25/03

_Matthew Lewis (CAB)_
MATTHEW LEWIS
D.C. Bar No. 457809

Attorneys for Plaintiff, HCA, Inc.

Joint Stipulation to
Dismiss Case                            3
DC\616281.1